# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1561. JAMES v. NEAL et al.**

Carlos Neal and Tony Wyzzard, the Appellees in this appeal, have filed a motion to dismiss because the Appellant has not filed an initial brief.

This appeal was docketed on June 3, 2022. The Appellant's brief and enumeration of errors were originally due on June 23, 2022. As of the date of this order, the Appellant still has not filed a brief and enumeration of errors, and the Appellant has not filed a motion for an extension of time. The Appellant's brief is over 80 days late.

Accordingly, the Appellees' motion to dismiss is GRANTED and this appeal is deemed abandoned and hereby DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

The Clerk of Court is DIRECTED to send a copy of this order to the Appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/12/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*